# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00844-CV

**Q. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-001770, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant Q.W. filed her notice of appeal on November 4, 2019. The appellate record was complete December 2, 2019, making appellant's brief due December 23, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than January 27, 2020. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 14, 2020.

Before Chief Justice Rose, Justices Baker and Triana